# Notice of Motion form for Zoom for Government

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

[caption]

### NOTICE OF MOTION

TO: See attached list

PLEASE TAKE NOTICE that on _December 28_, 20_21_, at _1:30_ a.m./~~p.m.~~, I will appear before the Honorable _Cheif Judge Goldgar_, or any judge sitting in that judge's place, and present the motion of _Application of Unclaimed Funds for House Recovery Refund Dwight assignee_ [to/ ~~for~~] _Assignee to Dwight A. Finley_, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and password.** The meeting ID for this hearing is _161 319 7225_ and the password is _584 922_. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

[Name of movant]
By: _Managing Member, Alethea Bannister / House Recovery Refund Services LLC._
_/s/ Alethea Ba___
[Name, address, telephone number, and email address of counsel]
_9185 Chase St._
_Spring Hill FL, 34606_
_(813) 796-5115_
_houserecoveryllc@gmail.com_

FILED DEC 22 2021 JEFFREY P. ALLSTEADT, CLERK, UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS INTAKE 2

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:   Dwight A. Finley            )            Case No. 16-21849
                                     )
                                     )
                                     )
                              Chapter 13

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of December 2021, a copy of the Notice of Motion, and supporting documents were served by first class mail to:

>Chief, Civil Division
>U.S. Attorney's Office
>219 S. Dearborn Street
>Chicago, IL 60604

Date: 12/16/2021

Alethea Bannister
Managing Member of House Recovery Refund Services LLC.
9185 Chase St., Spring Hill FL, 34606
(813) 796-5115
houserecoveryrefundllc@gmail.com

**Fill in this information to identify the case:**

| Debtor 1 | Dwight | A | Finley |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __Northern__ District of __Illinois__
(State)

Case number: 16-21849

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

DEC 22 2021

JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

---

Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $4,072.74 |
|---|---|
| Claimant's Name: | House Recovery Refund Services LLC., Assignee to Dwight A. Finley |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | Alethea Bannister, Managing Member of House Recovery Refund Services LLC., 9185 Chase St<br>Spring Hill, FL 34606<br>(813) 796-5115, houserecoveryrefund@gmail.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

- ☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- ☒ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.
- ☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).
- ☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

- ☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.

**4. Notice to United States Attorney**

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
__Northern__ District of __Illinois__
Chief Civil Division
U.S. Attorney's Office
219 South Dearborn Street
Chicago, Illinois 60604

---

**5. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: __12/16/2021__

Signature of Applicant

__Alethea Bannister, managing member House Recovery__
Printed Name of Applicant

Address:
9185 Chase St.
Spring Hill, FL 34606

Telephone: __(813)796-5115__

Email: __houserecoveryrefundllc@gmail.com__

**5. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

Signature of Co-Applicant (if applicable)

Printed Name of Co-Applicant (if applicable)

Address:

Telephone:

Email:

---

**6. Notarization**
STATE OF __Florida__
COUNTY OF __Hernando__

This Application for Unclaimed Funds, dated __12-16-2021__ was subscribed and sworn to before me this __16th__ day of __December__, 20__21__ by

__[signature]__
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)  Notary Public __[signature]__

ELVIRA DEJESUS
Commission # HH 143212
Expires June 17, 2025
Bonded Thru Budget Notary Services

My commission expires: __6/17/25__

**6. Notarization**
STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20___ by

_____
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)  Notary Public _____

My commission expires:

---

Form 1340  Application for Payment of Unclaimed Funds  Page 2

# U.S. Courts Unclaimed Funds Locator

| Court / ILNB | | |
|---|---|---|
| Case Number | 16-21849 | Page Total $4,072.74 |
| Last/Business Name | DWIGHT A FINLEY | First Name |

### Creditors | 1

| Court | Creditor Name | Amount |
|---|---|---|
| ILNB | Dwight A Finley | $4,072.74 |